**Order entered December 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01174-CR

**JOSE ALFREDO FUNES JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-00830-T**

## ORDER

Before the Court is the State's December 6, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief, received that same day, filed as of the date of this order.

/s/     BILL PEDERSEN, III
         JUSTICE